**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1008**

In Re:  PROVIDENCE HALL ASSOCIATES LIMITED PARTNERSHIP,

              Debtor.

--------------------

GARY M. BOWMAN,

              Movant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:13-cv-01140-GBL-IDD)

Submitted:  June 26, 2014                    Decided:  July 1, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gary M. Bowman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Bowman was sanctioned by the bankruptcy court in the underlying bankruptcy proceeding by order entered June 5, 2012. Approximately one year later, Bowman moved to reopen the proceedings to challenge the sanctions order and also moved to defer payment of the $1167 filing fee. The bankruptcy court denied Bowman's motion to defer payment of the fee, as well as his motion for reconsideration of that order, and then denied his motion to reopen based on his failure to pay the requisite fee. The district court affirmed. We have reviewed the record included in this appeal, as well as Bowman's brief, and find no reversible error. Accordingly, we affirm the judgment on the reasoning of the district court. In re: Providence Hall Assoc. Ltd. P'ship, No. 1:13-cv-01140-GBL-IDD (E.D. Va. filed Nov. 26, 2013, entered Nov. 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED